UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | DOCKET NO. 3:07CR162 |
| v. | ) | |
| | ) | ORDER |
| VALON MARCEL VAILES | ) | |
| | ) | |

THIS MATTER is before the court upon Defendant's motion to continue this matter from the September 4, , 2007, term of court.

The court finds the ends of justice served by taking such action outweighs the interest of the public and Defendant to a speedy trial as set forth in 18 U.S.C. 3161(h)(8)(1).

**IT IS THEREFORE ORDERED** that this trial be scheduled for the March term of court.

The Clerk is directed to certify copies of this order to Defendant, counsel for Defendant, to the United States Attorney, the United States Marshals Service, and the United States Probation Office.

IT IS SO ORDERED.

Signed: August 27, 2007

Frank D. Whitney
United States District Judge