IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Docket No. 3:07-cr-162 |
| | ) | |
| v. | ) | **AMENDED** |
| | ) | **INFORMATION** |
| VALON VAILES | ) | **PURSUANT TO** |
| | ) | **21 U.S.C. 851** |

NOW COMES the United States of America, by and through Gretchen C. F. Shappert, United States Attorney for the Western District of North Carolina, pursuant to 21 U.S.C. 851, and files this notice with the Court setting forth the defendant's previous conviction for felony drug offenses, which increases the statutory mandatory sentence to life imprisonment, as follows:

| **Drug Charge** | **Conviction Date** | **Jurisdiction** |
|---|---|---|
| Criminal Possession of Marijuana | 6/9/86 | New York |
| Conspiracy to Possess Controlled Substances | 4/14/89 | Arizona (Federal) |
| Conspiracy to Possess Controlled Substances | 2/23/90 | Arizona (Federal) |
| Conspiracy to Possess With Intent to Distribute | 7/24/93 | New York |

Respectfully submitted, this 15th day of November 2007.

GRETCHEN C. F. SHAPPERT
United States Attorney

s/ Steven R. Kaufman
Assistant United States Attorney
Bar: DC 462 982
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
(704) 338-3117 (office)
(704) 227-0254 (facsimile)
Steven.Kaufman@usdoj.gov

1

CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of November 2007, the foregoing was duly served upon the defendant herein through defendant's attorney of record via electronic filing:

    C. Jennifer Coble, Esq.
    jennifercoble@cobleandsnowlaw.com, cjcoblelaw@bellsouth.net

    GRETCHEN C. F. SHAPPERT
    United States Attorney


    s/ Steven R. Kaufman
    Assistant United States Attorney
    Bar: DC 462 982
    Attorney for the Plaintiff
    227 West Trade Street, Suite 1650
    Charlotte, North Carolina 28202
    (704) 338-3117 (office)
    (704) 227-0254 (facsimile)
    Steven.Kaufman@usdoj.gov

2

Case 3:07-cr-00162-FDW   Document 42   Filed 11/15/07   Page 2 of 2