# EXHIBIT F

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA,

-against-

VALON VAILES,

Defendant.

Case No. 3:07-cr-00162-FDW-3

**DECLARATION OF TONYA VAILES**

## DECLARATION OF TONYA VAILES

I, Tonya Vailes, declare and state as follows

1. I am a resident of the State of New York, over the age of 18, and am competent to make this statement.

2. I make this declaration in support of Defendant Valon Vailes' Motion for a Sentence Reduction Pursuant to 18 U.S.C. § 3582(C)(1)(A). I have personal knowledge of the matters set forth in this declaration, and, if called as a witness, could and would testify competently to these facts under oath.

3. Valon is my brother.

4. Valon and I have a brother named Tremond Vailes who suffers from chronic Schizophrenia among other serious mental health diseases.

5. Our mother, Romelta Louise Vailes, died on her birthday, August 1st, in 2020.

6. Our mother lived with and took care of Tremond before she died.

7. Tremond was just recently released from a mental health institution after being committed for one-month. Tremond was committed, in part, because nobody was able to ensure that he took his medications regularly.

8. Capping off a mournful and tragic year for our family, Valon's and my nephew (Tremond's son), died suddenly in 2020.
9. I am unable to provide Tremond with the care and supervision he needs because I suffer from severe arthritis that inhibits my mobility and prevents me from working.
10. Our other brother, Tyrone Vailes, is also unable to take care of Tremond because he is responsible for providing for his four children.
11. With the passing of our mother and of Tremond's son, Valon is the only person who can take care of Tremond and ensure that he takes his medication so that he can avoid being placed in a mental health facility.
12. Valon and I have spoken multiple times recently regarding the fact that, with our mother's passing, Valon is the only one who can properly care for our brother. Valon has agreed that he will be responsible for Tremond's care upon his release.
13. Valon's best friend also tragically died in 2020 after losing his battle with COVID-19.
14. Valon has four kids whom he loves dearly: Laqun Smalls (35), Valon Daqun Vailes (28), Breosha Vailes (21), and Khylon Vailes (14) who was less than a year old when Valon was incarcerated.
15. He also has three granddaughters: Abreanna (7), her sister, Violet (5), and Dior (1)) who are desperate to spend time with their grandad.
16. Despite the mistakes Valon made in his past, he is a committed father who talks with all of his kids weekly, and with his two youngest at least twice per week.
17. I sincerely ask the Court to reduce my brother's sentence because our family desperately needs support that only Valon can provide.

Executed on July 21, 2021 in New York, New York.

July 21, 2021

*Tonya Vailes*
Tonya Vailes