UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:07-cr-00162-FDW

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| VALON MARCEL VAILES, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on two Motions For Admission *Pro Hac Vice* and Affidavit, (Doc. Nos. 121, 122), filed by Defendant's counsel Sean Devereux. The motions indicate Mr. Devereux, a member in good standing of the Bar of this Court, is local counsel and seeks the admission of Alex Spiro and Shane Seppinni as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motions.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the Motions For Admission *Pro Hac Vice* and Affidavit (Doc. Nos. 121, 122) are GRANTED, and Alex Spiro and Shane Seppinni are ADMITTED to practice pro hac vice before the Court in this matter while associated with local counsel.

IT IS SO ORDERED.

Signed: October 18, 2021

Frank D. Whitney
United States District Judge